# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161797(65)
161805(76)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHELINE NICOLE LEFFEW,
      Defendant-Appellant.

_____

SC: 161797
COA: 343818
Arenac CC: 17-004120-FH

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEREMIAH JAMES LEFFEW,
      Defendant-Appellant.

_____/

SC: 161805
COA: 344240
Arenac CC: 17-004119-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplement brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before May 5, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2021



Clerk